UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROOZ BIGONAH, | Case No. 2:25-cv-11399-MRA-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| TARGET N. HOLLYWOOD, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 22).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendants City and Doe LAPD officers are dismissed from this action without prejudice, and (2) Plaintiff may not add these parties back via an amended complaint without first filing and prevailing

///

on a motion for leave to amend that explains his failure to serve these defendants and follow court orders.

DATED: May 4, 2026

Hon. Mónica Ramírez Almadani
UNITED STATES DISTRICT JUDGE

2