UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-11399-MRA (KESx) | Date | July 23, 2026 |
| Title | Shahrooz Bigonah v. Target N. Hollywood | | |

PRESENT:

**HONORABLE MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig | Not Reported |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PENDING MOTIONS**

On April 29, 2026, Plaintiff filed a Motion to Remand this action to the Los Angeles Superior Court [24]. On July 21, 2026, Plaintiff filed a Motion to Vacate, in which Plaintiff seeks to withdraw the Motion to Remand [34]. Plaintiff's Motion to Vacate [34] is **GRANTED**. Plaintiff's Motion to Remand [24] is deemed **WITHDRAWN**. The parties are reminded that the scheduling conference in this matter is set for August 18, 2026, at 11:00 a.m. on Zoom. Pursuant to the Court's order [29], the parties are to file a Joint 26(f) Report and proposed schedule of pretrial dates and deadlines no later than 14 days before the scheduling conference.

- : -

Initials of Deputy Clerk mku

cc: